RECEIVED

MAY - 1 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

*(Rev. 5/1/13)*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**COOBIE DEON DAVIS**                          **CASE NO. 3:19-CV-00512 SEC P**

**VERSUS**                                     **JUDGE DOUGHTY**

**MIKE STONE ET AL**                           **MAGISTRATE JUDGE HAYES**

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. ' 1983**

I.   **Previous Lawsuits**

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?
     Yes ☑    No ☐

b.   If your answer to the preceding question is "Yes," provide the following information.

     1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

         U.S. Western District Court
         _____

     2.  Name the parties to the previous lawsuit(s):

         Plaintiffs: Coobie Deon Davis

         Defendants: Lincoln Parish 3rd Judicial District Court

     3.  Docket number(s): _____

     4.  Date(s) on which each lawsuit was filed: April 24, 2019

     5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

         The case still Pending
         _____

c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
     Yes ☐    No ☑

(Rev. 5/1/13)

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II.    a.   Name of institution and address of current place of confinement:**

Lincoln Parish Detention Center        P.o. Box 2028

b.   Is there a prison grievance procedure in this institution?
Yes ☑    No ☐

1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?  Yes ☑  No ☐

If "Yes," what is the Administrative Remedy Procedure number?

2nd  Circuit of Appeal Court    Case Docket 69568

2.   If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.   If you filed an administrative grievance, answer the following question.  What specific steps of the prison procedure did you take and what was the result?  (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections?  For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

I made claim under Federal Tort claims Act

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.   Parties to Current Lawsuit:**

a.   Name of Plaintiff: Coobie Deon Davis

(Rev. 5/1/13)

Address: _P.O. Box 2028   Ruston La. 71273_

b. Defendant, _Lincoln District Attorney's Belton_ , is employed as

_District Attorney_  at _P.O. Box 924 Ruston.La. 71273_

Defendant, _Lewis Jones_ , is employed as

_Assitant District Attorney_  at _P.O. Box 924 Ruston La. 71273_

Defendant, _Lincoln Parish Narcotic Enforcement team_ , is employed as

_LPNET Officers_  at _Lincoln Parish. Sheriff Office_ .

Additional defendants: _Lincoln Parish third Judicial Court_

_P.O. Box 924_

## IV.    Statement of Claim

State the **FACTS** of your case.  Specifically describe the involvement and actions of each named defendant.   Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred.  **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

John Belton D.A. Violated Defendants rights; Violated fifth, Sixth, Eghith and fourteenth Amendment Imposing Cruel and unusual Punishment. District Attorney Lewis Jones also violates fifth, sixth Eighth and fourteenth Amendments Imposing Cruel and unusual Punishment. The Lincoln Parish Sheriff with LPNET Officers violated the Plaintiff fifth and fourteenth Amendments Imposing Cruel and unusual Punishments. The Third District Judicial Court of Lincoln Parish has violated the defendants due Process of law and has Imposed Excessivness of sentencing depriving the Plaintiff of life within this System. This system has sentenced me to 15 years for my first Conviction. If Convicted this will make me a Second offender and they offering 25 year plea and if I lose In trial I will recieve 68 years and Habitulized on this Second offences Feb 25, 2013 and Dec.18, 2018 is the dates the record will show on the face of the record these Sentencing within the 3rd Judicial District Court System with the Sheriffs Consent to Sentencing in which Violates the Eighth Amendmet

*(Rev. 5/1/13)*

**V.    Relief**

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

I request to the Court to file this law suite due to Cruel and unusual Punishment, Excessivness of Sentences, Monetary damages for torture and euthanasia. Plaintiff seeks Relief and ask for # 250,000⁰⁰ dollars   Two Hundred and fifty Thousand Dollars.

**VI.    Plaintiff's Declaration**

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___30___ day of __April___, 20_19_.

_____# 612647_____        _____Cooks Deon Dute_____
**Prisoner no. (Louisiana Department of**             **Signature of Plaintiff**
**Corrections or Federal Bureau of**
**Prisons**