# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

COOBIE DEON DAVIS               CIVIL ACTION NO. 19-0512

                                                  SECTION P

VS.

                                                  JUDGE TERRY A. DOUGHTY

MIKE STONE, ET AL.               MAG. JUDGE KAREN L. HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Coobie Deon Davis's claims against District Attorney Belton and Assistant District Attorney Jones are **DISMISSED** as frivolous and because Plaintiff seeks monetary relief from defendants immune from such relief.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against LPNET, the Third Judicial District Court, Lincoln Parish, Kia Richardson, and Police Jury, as well as Plaintiff's claims against LPNET officers concerning false arrest and entrapment, are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Sheriff Mike Stone and LPNET officers concerning their bias, prejudice, and influence in connection with Plaintiff's 2012/2013 criminal proceeding are **DISMISSED WITH PREJUDICE** as frivolous until the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's speedy-trial claim is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue habeas corpus relief after he exhausts all available state court remedies.

MONROE, LOUISIANA, this 15th day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE